# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEONARD STEVENSON, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO.: |
| | : | 3:14-cv-00965 (VAB) |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, Acting | : | |
| Commissioner of Social Security, | : | DECEMBER 23, 2015 |
| | : | |
| Defendant. | : | |

## RULING AND ORDER

Upon review under 28 U.S.C. § 636(b)(1) and Rule 72.2 of the Local Rules for United States Magistrate Judges, and there being no objections to the Recommended Ruling of United State Magistrate Judge William I. Garfinkel (ECF No. 20), that Recommended Ruling is hereby **APPROVED AND ACCEPTED**.  Plaintiff's Motion to Reverse the Decision of the Commissioner (ECF No. 16) is **GRANTED IN PART** and the matter is remanded to the ALJ for further proceedings consistent with the ruling.  Defendant's Motion to Affirm the Decision of the Commissioner (ECF No. 19) is **DENIED**.  The Clerk shall enter judgment accordingly, and close this case.

SO ORDERED at Bridgeport, Connecticut this twenty-third day of December, 2015.

    /s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE